UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DANNA S. LYONS,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

Case No. 1:22-cv-1202

HON. JANE M. BECKERING

## ORDER

Plaintiff seeks judicial review of a decision of the Commissioner of the Social Security Administration.  42 U.S.C. § 405(g).  The matter was referred to the Magistrate Judge, who issued a Report and Recommendation (ECF No. 16) on November 3, 2023, recommending that this Court affirm the Commissioner's decision.  The Report and Recommendation was duly served on the parties.  No objections have been filed.  *See* 28 U.S.C. § 636(b)(1).  Accordingly:

**IT IS HEREBY ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 16) is APPROVED and ADOPTED as the Opinion of the Court, and the decision of the Commissioner of Social Security is AFFIRMED.

A Judgment will be entered consistent with this Order.

Dated:  November 20, 2023                                      /s/ Jane M. Beckering
                                                                             JANE M. BECKERING
                                                                             United States District Judge